# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:   Lee, Beverly A | § § § § | Case No.  06 B 12288 |
| Debtor | | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/28/2006.

2) The plan was confirmed on 11/20/2006.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on (NA).

4) The trustee filed action to remedy default by the debtor in performance under the plan on (NA).

5) The case was completed on 08/25/2009.

6) Number of months from filing or conversion to last payment: 35.

7) Number of months case was pending: 41.

8) Total value of assets abandoned by court order: (NA).

9) Total value of assets exempted: $22,720.00.

10) Amount of unsecured claims discharged without full payment: $30,305.77.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $11,616.68 | |
| Less amount refunded to debtor | $771.68 | |
| **NET RECEIPTS:** | | $10,845.00 |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,254.00 | |
| Court Costs | $0 | |
| Trustee Expenses & Compensation | $657.69 | |
| Other | $0 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $3,911.69 |

Attorney fees paid and disclosed by debtor        $100.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American General Finance | Secured | $2,100.00 | NA | NA | $0 | $0 |
| Express Loans | Secured | $0 | $349.46 | $349.46 | $0 | $0 |
| ACA Recovery Inc | Unsecured | $515.00 | NA | NA | $0 | $0 |
| American Credit Collection | Unsecured | $2,500.00 | NA | NA | $0 | $0 |
| American Debt Collection | Unsecured | $405.00 | NA | NA | $0 | $0 |
| AR Resources | Unsecured | $217.00 | NA | NA | $0 | $0 |
| Arrowhead Investments | Unsecured | $390.00 | NA | NA | $0 | $0 |
| B-Line LLC | Unsecured | $217.00 | $875.00 | $875.00 | $554.38 | $0 |
| B-Real LLC | Unsecured | NA | $391.76 | $391.76 | $0 | $0 |
| BJ Credit Service Inc | Unsecured | $190.00 | NA | NA | $0 | $0 |
| BMG Music Service | Unsecured | $390.00 | NA | NA | $0 | $0 |
| Brylane Home | Unsecured | $74.95 | NA | NA | $0 | $0 |
| BTI | Unsecured | $130.00 | NA | NA | $0 | $0 |
| CAFCU Visa | Unsecured | $1,479.00 | NA | NA | $0 | $0 |
| Capital One | Unsecured | $1,194.00 | NA | NA | $0 | $0 |
| Cavalry Portfolio Services | Unsecured | $865.11 | $865.11 | $865.11 | $548.11 | $0 |
| CB Accounts | Unsecured | $104.00 | NA | NA | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Chadwicks Of Boston | Unsecured | $41.98 | NA | NA | $0 | $0 |
| City Of Chicago Dept Of Revenue | Unsecured | $100.00 | $100.00 | $100.00 | $63.36 | $0 |
| Cleartel Communication | Unsecured | $250.00 | NA | NA | $0 | $0 |
| Coastline Credit | Unsecured | $308.00 | NA | NA | $0 | $0 |
| Collection Company Of America | Unsecured | $60.00 | NA | NA | $0 | $0 |
| Commonwealth Edison | Unsecured | $1,460.32 | NA | NA | $0 | $0 |
| Corporate America Family CU | Unsecured | $1,503.00 | NA | NA | $0 | $0 |
| County Bank Of Rehoboth Beach | Unsecured | $216.00 | NA | NA | $0 | $0 |
| Cross Country Bank | Unsecured | $922.00 | NA | NA | $0 | $0 |
| CSI II DBA Loan Express | Unsecured | NA | $286.95 | $286.95 | $181.81 | $0 |
| Dakota State Bank | Unsecured | $430.00 | $428.95 | $428.95 | $271.80 | $0 |
| Direct Marketing Service | Unsecured | $840.60 | NA | NA | $0 | $0 |
| Easy Phone | Unsecured | $1,197.00 | NA | NA | $0 | $0 |
| Evergreen Med | Unsecured | $86.00 | NA | NA | $0 | $0 |
| Fast Bucks Internet | Unsecured | $696.30 | NA | NA | $0 | $0 |
| FSM Group Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| FSM Group Inc | Unsecured | $0 | NA | NA | $0 | $0 |
| GECC | Unsecured | $345.00 | NA | NA | $0 | $0 |
| HSBC | Unsecured | $0 | NA | NA | $0 | $0 |
| Jd Marketing | Unsecured | $390.00 | NA | NA | $0 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $105.00 | $105.00 | $66.53 | $0 |
| Jefferson Capital Systems LLC | Unsecured | $405.00 | $405.00 | $405.00 | $256.60 | $0 |
| Jefferson Capital Systems LLC | Unsecured | NA | $249.52 | $249.52 | $158.10 | $0 |
| KCA Financial Services | Unsecured | $580.00 | NA | NA | $0 | $0 |
| LaSalle Bank NA | Unsecured | $526.94 | NA | NA | $0 | $0 |
| National Title Loans Inc | Unsecured | $287.50 | NA | NA | $0 | $0 |
| Orchard Bank | Unsecured | $840.00 | NA | NA | $0 | $0 |
| Pay Day Loans | Unsecured | $3,149.42 | $3,580.15 | $3,580.15 | $2,268.60 | $0 |
| Pearle Vision | Unsecured | $265.00 | NA | NA | $0 | $0 |
| Plaza Finance Co | Unsecured | $847.00 | NA | NA | $0 | $0 |
| Portfolio Recovery Associates | Unsecured | $1,174.00 | $1,194.80 | $1,194.80 | $757.07 | $0 |
| Preferred Cash Loans | Unsecured | $165.00 | NA | NA | $0 | $0 |
| Premier Bankcard | Unsecured | $692.00 | $692.07 | $692.07 | $438.52 | $0 |
| Processing Professionals | Unsecured | $515.00 | NA | NA | $0 | $0 |
| Providian | Unsecured | $1,002.00 | NA | NA | $0 | $0 |
| Purpose | Unsecured | $405.00 | NA | NA | $0 | $0 |
| RoundUp Funding LLC | Unsecured | $26.00 | $1,347.13 | $1,347.13 | $0 | $0 |

*(Continued)*

UST Form 101-13-FR-S (09/01/2009)

**Scheduled Creditors:** *(Continued)*

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SBC | Unsecured | $455.00 | NA | NA | $0 | $0 |
| Sir Finance Corporation | Unsecured | $500.00 | $1,292.00 | $1,292.00 | $818.68 | $0 |
| Sonic Payday | Unsecured | $308.00 | NA | NA | $0 | $0 |
| T Mobile USA | Unsecured | $353.00 | $153.28 | $153.28 | $97.13 | $0 |
| TCF Bank | Unsecured | $1,050.00 | NA | NA | $0 | $0 |
| TJF Corporation | Unsecured | NA | $510.00 | $510.00 | $323.51 | $0 |
| Trinity Hospital | Unsecured | $75.00 | NA | NA | $0 | $0 |
| Trinity Hospital | Unsecured | $100.00 | $203.77 | $203.77 | $129.11 | $0 |
| United Cash Loans | Unsecured | $765.00 | NA | NA | $0 | $0 |
| Village of Oak Lawn | Unsecured | $250.00 | NA | NA | $0 | $0 |
| WOW Internet & Cable | Unsecured | $317.00 | NA | NA | $0 | $0 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0 | $0 | $0 |
| Mortgage Arrearage | $0 | $0 | $0 |
| Debt Secured by Vehicle | $0 | $0 | $0 |
| All Other Secured | $349.46 | $0 | $0 |
| **TOTAL SECURED:** | $349.46 | $0 | $0 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0 | $0 | $0 |
| Domestic Support Ongoing | $0 | $0 | $0 |
| All Other Priority | $0 | $0 | $0 |
| **TOTAL PRIORITY:** | $0 | $0 | $0 |
| **GENERAL UNSECURED PAYMENTS:** | $12,680.49 | $6,933.31 | $0 |

UST Form 101-13-FR-S (09/01/2009)

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $3,911.69 |
| Disbursements to Creditors | $6,933.31 |
| **TOTAL DISBURSEMENTS:** | $10,845.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: February 24, 2010                     By:  /s/ MARILYN O. MARSHALL
                                                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.